IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:23-cr-00014-ADA-BAM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PABLO CASTANEDA, et al., | ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 1:23-cr-00031-JLT-SKO |
| Plaintiff, | ) ) | **New Case Number:** |
| | ) | **1:23-cr-00031-ADA-BAM** |
| v. | ) ) | **ORDER REASSIGNING CASES FOR ALL** |
| FRANCISCO CARDENAS TREJO et al., | ) | **PURPOSES** |
| Defendant. | ) ) | |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:23-cr-00014-ADA-BAM, 1:23-cr-00031-JLT-SKO on July 14, 2023, (ECF No. 64);

Case number 1:23-cr-00031-JLT-BAM is transferred to the docket of District Judge Ana de Alba and Magistrate Judge Barbara McAuliffe to effect a savings of judicial effort and judicial economy.

///

///

///

///

///

1

To prevent a delay in documents being received by the correct judicial officer, the new case numbers listed below should be used on all future documents.

**1:23-cr-00031-ADA-BAM**

IT IS SO ORDERED.

Dated:   July 17, 2023

UNITED STATES DISTRICT JUDGE