PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00014-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PABLO CASTANEDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on November 13, 2024.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on October 24, 2024. The parties therefore move to have the change of plea hearing scheduled for October 24, 2024, and to exclude time through October 24, 2024 for the reasons set forth below. Thought, the parties acknowledge that time has been excluded through November 13, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires the status conference date be vacated so that a change of plea hearing can be set in order to facilitate a resolution in this matter.

    b) The government does not object to the continuance.

    c) Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 31, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  July 31, 2024

/s/ MARIO DISALVO
MARIO DISALVO
Counsel for Defendant
PABLO CASTANEDA

### ORDER

IT IS SO ORDERED that the status conference set for November 13, 2024, is vacated. A change of plea hearing is set for **October 24, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 5, 2024**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE