MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>PABLO VALENTE CASTANEDA,<br><br>           Defendant. | 1:23-CR-00014-TLN-BAM<br><br>FINAL ORDER OF FORFEITURE |

On December 10, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Pablo Valente Castaneda, forfeiting to the United States the following property:

    a. Approximately $16,000.00 in U.S. Currency, plus all accrued interest, and
    b. Approximately $8,720.00 in U.S. Currency, plus all accrued interest.

Beginning on February 15, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

1

Final Order of Forfeiture

a. Patrick Chamberlain: On March 25, 2025, a notice letter was sent via certified mail to Patrick Chamberlain at 612 Franklin St., Bay City, MI 48708. The envelope returned to the U.S. Attorney's Office as "unclaimed."

b. Larissa Cortez: On March 25, 2025, a notice letter was sent via certified mail to Larissa Cortez at 413 N. Main St., Livingston, CA 95344. The PS Form 3811 (certified mail "green card" showing delivery of mail) was returned to the U.S. Attorney's Office signed. The USPS Tracking Results show delivery was made on March 27, 2025.

c. Robert Cortez: On March 25, 2025, a notice letter was sent via certified mail to Robert Cortez at 610 S. Vanburen, Bay City, MI 48708. The envelope was returned to the U.S. Attorney's Office as "attempted – not known, unable to forward."

d. Isabel Lopez: On March 25, 2025, a notice letter was sent via certified mail to Isabel Lopez at 413 N. Main St., Livingston, CA 95344. The envelope was returned to the U.S. Attorney's Office as "attempted – not known, unable to forward."

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Pablo Valente Castaneda, Patrick Chamberlain, Larissa Cortez, Robert Cortez, and Isabel Lopez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 16th day of May, 2025.

_____
Troy L. Nunley
Chief United States District Judge